UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kimmara Sumrall, § | |
| § | Case: 1:25−mc−00110 |
| *Plaintiff*, § | Assigned To : AliKhan, Loren L. |
| § | Assign. Date : 6/10/2025 |
| § | Description: Misc. Case(O-Deck) |
| v. § MISC. ACTION NO. _____ | |
| § | |
| Janine Ali, § | |
| § | |
| *Defendant*. § | |

**MISCHELLANEOUS ACTION:
MOTION FOR ISSUANCE OF SUBPOENA TO
OFFICER REED BONNEY, U.S. CAPITOL POLICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Kimmara Sumrall ("Plaintiff"), by undersigned counsel, hereby files this miscellaneous Action: Motion for Issuance of Subpoena to Officer Reed Bonney, U.S. Capitol Police, seeking Officer Bonney's attendance at a hearing in the District of Columbia Superior Court, 500 Indiana Avenue, N.W., Courtroom 415, Washington D.C., 20001 on June 17, 2025 at 10:00 am (the "Hearing") to provide testimony in connection with a matter pending before the D.C. Superior Court styled *Sumrall v. Ali*, Case No .2024-CAB-7244 (the "Superior Court Action").

Plaintiff filed suit against Defendant Janine Ali in the Superior Court Action seeking a restraining order that Defendant stay away from Ms. Sumrall, after Defendant assaulted Ms. Sumrall in the Dirksen Building cafeteria. As alleged in the Complaint,[1] Ms. Ali attacked Ms.

---

[1] A copy of the complaint, filed by Plaintiff *pro se*, is attached as Exhibit A.

1

RECEIVED
06/10/2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Sumrall from behind and grabbed the Israeli flag which was tied around with twine Ms. Sumrall's neck, choking Ms. Sumrall.

United States Capitol Police ("USCP") Officer Reed Bonney witnessed the assault from an arms-length away and took Defendant's confession. Officer Bonney issued a sworn statement in connection with the events he witnessed and Defendant's confession,[2] and later testified at the criminal trial of Ms. Ali.

A hearing on Plaintiff's motion for preliminary injunction for a restraining order that Defendant stay away from Ms. Sumrall in the Superior Court Action is scheduled for June 17, 2025 at 10:00 am. Officer Bonney's testimony is necessary to establish the course of events that occurred on the date of the incident, including to testify with regard to what he personally observed and Defendant's confession immediately following the incident.

Plaintiff has diligently sought to serve Officer Bonney with a subpoena, issued by the District of Columbia Superior Court.[3] These efforts have included hiring a process service company to locate and serve Officer Bonney personally. These efforts, to date, have been unsuccessful, including because Officer Bonney's workplace is a restricted area, and the process servers are not authorized to gain access to him while he works. Officer Bonney's home address is not known to Plaintiff. In addition, Plaintiff has corresponded with the office of general counsel for the Capitol Police in an effort to secure Officer Bonney's cooperation, including general counsel's acceptance of service of the subpoena on Officer Bonney's behalf. Counsel for Plaintiff have been informed by the general counsel's office that they cannot accept service of a subpoena issued by the District of Columbia Superior Court because as a federal agency, USCP is not subject

---

[2] A true and correct copy of Officer Bonney's sworn statement is attached as Exhibit B.
[3] A true and correct copy of the subpoena seeking Officer Bonney's attendance issued by the Superior Court is attached as Exhibit C.

to the jurisdiction of the Superior Court, but will accept service if the District Court for the District of Columbia issued the subpoena.

For these reasons, Plaintiff respectfully requests that the Court grant this motion and direct the Clerk to execute the attached Subpoena to Appear and Testify At a Hearing or Trial in a Civil Action,[4] and for such other further relief as this Court may deem appropriate and necessary.

Date: June 10, 2025                    Respectfully submitted,

                                                    Kimmara Sumrall
                                                  *By counsel*

/s/ *Matt Mainen*
Matt Mainen (D.D.C. Bar No. MD0200)
NATIONAL JEWISH ADVOCACY CENTER, INC.
3 Times Square
New York, NY 10036
Phone: (301) 814-9007
Email: matt@njaclaw.org
*Counsel for Plaintiff*

---

[4] The proffered Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action is attached as Exhibit D.

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June 2025, a copy of the foregoing was served on all counsel of record, as indicated below:

*Counsel for Defendant*
Frank Panopoulos
fpanopoulos@icloud.com

Ann C. Wilcox
Ann1Wilcox@gmail.com

        /s/ *Matt Mainen*
        Matt Mainen
        NATIONAL JEWISH ADVOCACY CENTER, INC.
        3 Times Square
        New York, NY 10036
        Phone: (301) 814-9007
        Email: matt@njaclaw.org
        *Counsel for Plaintiff*